UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| MARCHMAN, THOMAS C. | § | Case No. 09-10959 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF BANKRUPTCY COURT
        KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 15 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 01/11/2013 in Courtroom 4016,
        DuPage County Courthouse
        505 N. County Farm Rd.
        Wheaton, IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/14/2012        By: KENNETH S. GARDNER
                                                            Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
MARCHMAN, THOMAS C. § Case No. 09-10959
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 6,003.70 |
| and approved disbursements of | $ | 45.14 |
| leaving a balance on hand of[1] | $ | 5,958.56 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 1,350.37 | $ 0.00 | $ 1,350.37 |
| Other: International Sureties Ltd. | $ 10.47 | $ 10.47 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,350.37 |
| Remaining Balance | | | $ 4,608.19 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 27,732.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | ComEd Co. | $ 338.95 | $ 0.00 | $ 56.32 |
| 000002 | Resurgence Financial LLC | $ 27,393.84 | $ 0.00 | $ 4,551.87 |
| | Total to be paid to timely general unsecured creditors | | $ | 4,608.19 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
　　　　　　　　　　　　　　　　　Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 09-10959-DRC
Thomas C. Marchman                                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: nmolina              Page 1 of 3             Date Rcvd: Dec 17, 2012
                              Form ID: pdf006            Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2012.
```
db         +Thomas C. Marchman,   572 N. Emroy,   Elmhurst, IL 60126-2021
13714807    #AT&T,    P.O. Box 8100,   Aurora, IL 60507-8100
13714808     AT&T Wireless-Chicago,   P.O. Box 8220,   Aurora, IL 60572-8220
13714806   +Asset Management System,   3145 Northeast Expy NE,   Atlanta, GA 30341
13714809    Bank of America,   4060 Ogletown Stanton Rd.,   Newark, DE 19713-3102
13714810   +Beth A. Howison,   572 N. Emroy Ave.,   Elmhurst, IL 60126-2021
13714811   +Blatt, Hasenmiller, Leibsker, et al,   125 S. Wacker Dr.,   Suite 400,   Chicago, IL 60606-4440
13714812   +Blitt and Gaines PC,   661 Glenn Ave.,   Wheeling, IL 60090-6017
13714813    Capital One Bank,   P.O. Box 790216,   St. Louis, MO 63179-0216
13714814   +Charter One Bank,   100 AddisonSt.,   Elmhurst, IL 60126-2890
13714815    Chase BP,   P.O.Box 15298,   Wilmington, DE 19850-5298
13714816    Chase Card Serv./First Resolution,   P.O. Box 15153,   Wilmington, DE 19886-5153
13714817   +Chase/BP Private Lagel,   800 Brooksedge Blvd,   Columbus, OH 43081-2822
13714818    Citi Cards/Resurgence,   P.O. Box 6414,   The Lakes, NV 88901-6414
13714819    Citicorp Diners Club,   P.O. Box 6003,   The Lakes, NV 88901-6003
13714820    City of Park Ridge,   c/o Professional Account Management,   P.O. Box 391,
             Milwaukee, WI 53201-0391
13714822    Household Credit Services,   P.O. Box 17051,   Baltimore, MD 21297-1051
13714828   +Village of Park Ridge,   Finance Department,   505 Butler Place,   Park Ridge, IL 60068-4173
18659418   +Wells Fargo Bank NA,   c/o Pierce & Associates PC,   1 North Dearborn Suite 1300,
             Chicago, IL 60602-4321
13714829   +Wells Fargo Home Mortgage,   P.O. Box 10335,   Des Moines, IA 50306-0335
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13714821     E-mail/Text: legalcollections@comed.com Dec 18 2012 02:23:13     Com Ed,   Bill Payment Center,
             Chicago, IL 60668-0001
14122652    +E-mail/Text: legalcollections@comed.com Dec 18 2012 02:23:13     ComEd Co.,   2100 Swift Road,
             Attn: Bankruptcy Section/System Credit,   Oakbrook, IL 60523-1559
13714824     E-mail/Text: bankruptcydepartment@ncogroup.com Dec 18 2012 04:14:09     NCO Financial,
             P.O. Box 41466,   Philadelphia, PA 19101-1466
13714825    +E-mail/Text: bankrup@agiresources.com Dec 18 2012 02:18:41     Nicor,   P.O. Box 416,
             Aurora, IL 60568-0001
13714827    +E-mail/Text: rjm@ebn.phinsolutions.com Dec 18 2012 02:19:51     RJM Acquisitions,
             575 Underhill Blvd. Suite 224,   Syosset, NY 11791-4437
                                                                                            TOTAL: 5
```
```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13714823     Steve  Kemp,   Address Unknown
13714826   ##+Resurgence Financial LLC,   4100 Commercial Avenue,   Northbrook, IL 60062-1833
                                                                               TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: nmolina              Page 2 of 3            Date Rcvd: Dec 17, 2012
                              Form ID: pdf006            Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 19, 2012**           **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: nmolina              Page 3 of 3            Date Rcvd: Dec 17, 2012
                              Form ID: pdf006            Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2012 at the address(es) listed below:
```
              Andrew J Nelson    on behalf of Creditor    Wells Fargo Bank, N.A. anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Dana N O'Brien    on behalf of Creditor    Wells Fargo Bank, N.A. dobrien@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Gina B Krol    gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.co
               m
              Gina B Krol, ESQ    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
               jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
              Joseph E Cohen    on behalf of Trustee Gina B Krol jcohen@cohenandkrol.com,
               jcohenattorney@aol.com;gkrol@cohenandkrol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert N Honig    on behalf of Debtor Thomas C. Marchman rnhonig@suburbanbankruptcy.com
              Yan  Teytelman    on behalf of Trustee Gina B Krol yan@ytlawfirm.com,  law_4321@yahoo.com
                                                                                             TOTAL: 8
```