UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
MARCHMAN, THOMAS C.                 §     Case No. 09-10959
                                    §
         Debtor(s)                  §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 298,371.36 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 4,608.19 | Claims Discharged Without Payment: 66,570.21 |
| Total Expenses of Administration: 1,395.51 | |

3) Total gross receipts of $ 6,003.70 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 6,003.70 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 260,781.03 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,395.51 | 1,395.51 | 1,395.51 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 69,599.80 | 27,732.79 | 27,732.79 | 4,608.19 |
| **TOTAL DISBURSEMENTS** | $ 330,380.83 | $ 29,128.30 | $ 29,128.30 | $ 6,003.70 |

4) This case was originally filed under chapter 7 on 03/30/2009. The case was pending for 51 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/28/2013      By:/s/GINA B. KROL
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1/2 interest in 2001 Haulmark Trailer | 1129-000 | 6,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 3.70 |
| **TOTAL GROSS RECEIPTS** | | **$ 6,003.70** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Home Mortgage P.O. Box 10335 Des Moines, IA 50306 | | 260,781.03 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 260,781.03** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 1,350.37 | 1,350.37 | 1,350.37 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 10.47 | 10.47 | 10.47 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 4.45 | 4.45 | 4.45 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 7.64 | 7.64 | 7.64 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 7.38 | 7.38 | 7.38 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 7.37 | 7.37 | 7.37 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 7.83 | 7.83 | 7.83 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,395.51 | $ 1,395.51 | $ 1,395.51 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T P.O. Box 8100 Aurora, IL 60507-8100 | | 295.00 | NA | NA | 0.00 |
| | AT&T Wireless-Chicago P.O. Box 8220 Aurora, IL 60572-8220 | | 309.31 | NA | NA | 0.00 |
| | Bank of America 4060 Ogletown Stanton Rd. Newark, DE 19713-3102 | | 9,999.00 | NA | NA | 0.00 |
| | Capital One Bank P.O. Box 790216 St. Louis, MO 63179-0216 | | 2,424.00 | NA | NA | 0.00 |
| | Charter One Bank 100 AddisonSt. Elmhurst, IL 60126 | | 1,599.66 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Card Serv./First Resolution P.O. Box 15153 Wilmington, DE 19886-5153 | | 16,397.94 | NA | NA | 0.00 |
| | Chase/BP Private Lagel 800 Brooksedge Blvd Columbus, OH 43081 | | 594.00 | NA | NA | 0.00 |
| | Citicorp Diners Club P.O. Box 6003 The Lakes, NV 88901-6003 | | 6,457.25 | NA | NA | 0.00 |
| | City of Park Ridge c/o Professional Account Management P.O. Box 391 Milwaukee, WI 53201-0391 | | 244.20 | NA | NA | 0.00 |
| | Household Credit Services P.O. Box 17051 Baltimore, MD 21297-1051 | | 2,425.25 | NA | NA | 0.00 |
| | Nicor P.O. Box 416 Aurora, IL 60568 | | 800.00 | NA | NA | 0.00 |
| | Steve Kemp Address Unknown | | 1,600.00 | NA | NA | 0.00 |
| | Village of Park Ridge Finance Department 505 Butler Place Park Ridge, IL 60068 | | 300.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | COMED CO. | 7100-900 | 1,000.00 | 338.95 | 338.95 | 56.32 |
| 000002 | RESURGENCE FINANCIAL LLC | 7100-900 | 25,154.19 | 27,393.84 | 27,393.84 | 4,551.87 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 69,599.80 | $ 27,732.79 | $ 27,732.79 | $ 4,608.19 |

UST Form 101-7-TDR (5/1/2011) (Page: 7)

Page: 1     Exhibit 8

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:    09-10959    SQU    Judge: JOHN H. SQUIRES             Trustee Name:                      GINA B. KROL
Case Name:  MARCHMAN, THOMAS C.                                    Date Filed (f) or Converted (c):   03/30/09 (f)
                                                                   341(a) Meeting Date:               05/19/09
For Period Ending: 05/28/13                                        Claims Bar Date:                   08/21/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Residence commonly known as 572 N. E | 288,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash on hand | 20.00 | 0.00 | | 0.00 | FA |
| 3. 1/2 interest in Checking Acct. -4742 Bank of Ameri | 56.51 | 0.00 | | 0.00 | FA |
| 4. Checking Account -5760 Fifth Third Bank P.O. Box 6 | 1,410.35 | 0.00 | | 0.00 | FA |
| 5. 1/2 interest in usual and typical furniture and ap | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. Usual and typical used clothing | 100.00 | 0.00 | | 0.00 | FA |
| 7. Remington 350 12-guage Shotgun | 50.00 | 0.00 | | 0.00 | FA |
| 8. golf glubs | 10.00 | 0.00 | | 0.00 | FA |
| 9. $50,000 term life insurance policy | 0.00 | 0.00 | | 0.00 | FA |
| 10. 10 shares common stock of AT&T | 224.50 | 0.00 | | 0.00 | FA |
| 11. 1/2 interest in 2007 Toyota RAV4 | 6,500.00 | 0.00 | | 0.00 | FA |
| 12. 1/2 interest in 2001 Haulmark Trailer | 250.00 | 0.00 | | 6,000.00 | FA |
| 13. 1/2 interest in 2008 Forest River Wildwood Travel | 10,175.00 | 0.00 | | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.70 | Unknown |
| TOTALS (Excluding Unknown Values) | $308,796.36 | $0.00 | | $6,003.70 | $0.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to review claims and prepare TFR

Initial Projected Date of Final Report (TFR): 12/31/10    Current Projected Date of Final Report (TFR): 12/31/12

_____    Date: _____
/s/    GINA B. KROL
   GINA B. KROL

UST Form 101-7-TDR (5/1/2011) (Page: 8)

LFORM1                                                                                                          Ver. 17.02d

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Page: 2

| | |
|---|---|
| Case No: | 09-10959   SQU   Judge: JOHN H. SQUIRES |
| Case Name: | MARCHMAN, THOMAS C. |
| Trustee Name: | GINA B. KROL |
| Date Filed (f) or Converted (c): | 03/30/09 (f) |
| 341(a) Meeting Date: | 05/19/09 |
| Claims Bar Date: | 08/21/09 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit 9

| Case No: | 09-10959 -SQU | | Trustee Name: | GINA B. KROL | | |
| Case Name: | MARCHMAN, THOMAS C. | | Bank Name: | ASSOCIATED BANK | | |
| | | | Account Number / CD #: | ******0204 Checking Account | | |
| Taxpayer ID No: | *******4968 | | Blanket Bond (per case limit): | $ 5,000,000.00 | | |
| For Period Ending: | 05/28/13 | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 5,958.56 | | 5,958.56 |
| 01/09/13 | 030001 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Chapter 7 Compensation/Fees | 2100-000 | | 1,350.37 | 4,608.19 |
| 01/09/13 | 030002 | ComEd Co.<br>2100 Swift Road<br>Attn: Bankruptcy Section/System Credit<br>Oakbrook, IL 60523 | Claim 000001, Payment 16.61602% | 7100-900 | | 56.32 | 4,551.87 |
| 01/09/13 | 030003 | Resurgence Financial LLC<br>4100 Commercial Avenue<br>Northbrook, IL 60062 | Claim 000002, Payment 16.61640% (2-1) Modified on 8/14/2009 to correct amount claimed (cg)(2-2) Incorrect PDF and Amount claimed, filer notified to refile Modified on 9/1/2009(cg)(2-3) Docketed on wrong case, filer notified. Modified on 9/1/2009 (cg)(2-4) Modified on 9/1/2009 to correct claim amount (cg) | 7100-900 | | 4,551.87 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 5,958.56 | 5,958.56 | 0.00 |
| Less: Bank Transfers/CD's | | 5,958.56 | 0.00 | |
| Subtotal | | 0.00 | 5,958.56 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 5,958.56 | |

Page Subtotals 5,958.56 5,958.56

Page: 2    Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-10959 -SQU
Case Name: MARCHMAN, THOMAS C.
Taxpayer ID No: \*\*\*\*\*\*\*\*4968
For Period Ending: 05/28/13

Trustee Name: GINA B. KROL
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: \*\*\*\*\*\*\*9886 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/15/09 | 12 | Thomas Marchman | | 1129-000 | 6,000.00 | | 6,000.00 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.05 | | 6,000.05 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,000.20 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,000.35 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,000.50 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,000.65 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,000.80 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 6,000.94 |
| 02/09/10 | 000301 | International Sureties Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | BOND BOND | 2300-000 | | 4.45 | 5,996.49 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,996.63 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 5,996.79 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,996.94 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,997.09 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,997.24 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,997.39 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 5,997.55 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,997.70 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,997.84 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 5,998.00 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,998.15 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,998.30 |
| 02/07/11 | 000302 | International Sureties Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | BOND BOND | 2300-000 | | 5.09 | 5,993.21 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,993.26 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,993.31 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,993.36 |

Page Subtotals    6,002.90    9.54

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*    Ver. 17.02d
LFORM24

Page: 3 Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 09-10959 -SQU
Case Name: MARCHMAN, THOMAS C.
Taxpayer ID No: *******4968
For Period Ending: 05/28/13

Trustee Name: GINA B. KROL
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******9886 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,993.41 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,993.46 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,993.51 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,993.56 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,993.61 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,993.66 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.64 | 5,986.02 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,986.07 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.38 | 5,978.69 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,978.74 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.37 | 5,971.37 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,971.42 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.83 | 5,963.59 |
| 02/06/12 | 000303 | International Sureties Suite 420 701 Poydras St. New Orleans, LA 70139 | BOND BOND | 2300-000 | | 5.38 | 5,958.21 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,958.26 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,958.31 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,958.36 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,958.41 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,958.46 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,958.51 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 5,958.56 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 5,958.56 | 0.00 |

Page Subtotals 0.80 5,994.16

Page: 4

Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-10959 -SQU | Trustee Name: | GINA B. KROL |
| Case Name: | MARCHMAN, THOMAS C. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9886 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4968 | | |
| For Period Ending: | 05/28/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 6,003.70 | 6,003.70 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 5,958.56 | |
| Subtotal | | 6,003.70 | 45.14 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 6,003.70 | 45.14 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******0204 | 0.00 | 5,958.56 | 0.00 |
| Money Market Account (Interest Earn - *******9886 | 6,003.70 | 45.14 | 0.00 |
| | 6,003.70 | 6,003.70 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: ____/s/ GINA B. KROL____  Date: 05/28/13
GINA B. KROL

Page Subtotals  0.00  0.00